| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

JUSTIN SUDWEEKS
LEVIN & STEIN
201 Queen Anne Ave N., Suite 400
Seattle, WA 98109
Telephone: (206) 388-0660

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASPEN GROVE OWNERS ASSOCIATION, a Washington non-profit corporation,

Plaintiff(s),

v.

PARK PROMENADE APARTMENTS, LLC, a California limited liability company; et al.

Defendant(s).

CASE NO. C 08 3873 MEJ

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Justin Sudweeks, an active member in good standing of the bar of United States Court of Appeals, Ninth Circuit, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Aspen Grove Owners in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jerry H. Stein, Levin & Stein, 28494 Westinghouse Place, Suite 201, Valencia, CA 91355; Telephone: (310) 207-4663.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-12-08