1  JERRY H. STEIN (State Bar No. 78309)
   LEVIN & STEIN
2  28494 Westinghouse Place, Suite 201
   Valencia, CA 91355
3  Telephone: (310) 207-4663
   Facsimile: (310) 207-2803
4  Email: jstein@lscslaw.com

5  DANIEL S. HOUSER (State Bar No. 205536)
   LEONARD FLANAGAN (WA State Bar No. 20966, *pro hac vice*)
6  JUSTIN SUDWEEKS (WA State Bar No. 28755, *pro hac vice*)
7  LEVIN & STEIN
   201 Queen Anne Ave. N., Suite 400
8  Seattle, WA 98109
   Telephone: (206) 388-0660
9  Facsimile: (206) 286-2660
10 Email: dhouser@condodefects.com
   Email: Leonard@condodefects.com
11 Email: Justin@condodefects.com

12 Attorneys for Plaintiff Aspen Grove Owners Association

13                 UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN GROVE OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARK PROMENADE APARTMENTS, LLC, a California limited liability company; WINDBRIDGE, LLC, a California limited liability company; HOLTON KABILI SEATTLE, LLC, a dissolved Colorado limited liability company; ALTMAN SEATTLE, LLC, a dissolved Colorado limited liability company; DOE DECLARANT AFFILIATES 1-20; DON ALTMAN, an individual; SCOTT A. HOLTON, an individual; SHIMON KABILI, an individual; and DOE PRINCIPALS 1-10,<br><br>Defendants. | No: CV 08 3873 MEJ<br><br>REQUEST FOR EXTENSION OF FRCP 26 DEADLINES FOR INITIAL DISCLOSURES AND DISCOVERY PLAN<br><br>ORDER CONTINUING CMC |

1

FRCP 26(a)(1)(c) and (f)(2) require the parties to file initial disclosures and a discovery plan within fourteen days after their 26(f) conference. In this case despite service on defendants Scott A. Holton; Holton Kabili Seattle, LLC; Altman Seattle, LLC; Park Promenade Apartments, LLC; and Windbridge LLC, none of the defendants have appeared or answered. Thus, no 26(f) conference has occurred, and plaintiff requests an extension of time to conduct the conference and file initial disclosures and a discovery plan.

DATED this 13th day of November, 2008.

LEVIN & STEIN

By: _____
Jerry H. Stein
Daniel S. Houser
Leonard Flanagan, *pro hac vice*
Justin Sudweeks, *pro hac vice*
Attorneys for Plaintiff

As the parties have also not filed a joint case management conference statement by the November 13, 2008 deadline, the Court CONTINUES the CMC in this matter, currently scheduled for November 20, 2008, to January 15, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall file their joint statement by January 8, 2009.

Dated: November 14, 2008



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA