1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASPEN GROVE OWNERS ASSOC.,                    No. C 08-3873 MEJ

            Plaintiff(s),                    **ORDER DIRECTING DEFENDANT**
                                                              **SCOTT HOLTON TO FILE**
  vs.                                                       **CONSENT/DECLINATION FORM**

PARK PROMENADE APARTMENTS, et al.,

            Defendant(s).
_____/

       Pending before the Court is Thomas D. Leland's Application for Admission of Attorney Pro

Hac Vice.  Upon review of the record in this action, the Court notes that Defendant Scott Holton has

not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a

United States District Court judge for trial.  This civil case was randomly assigned to United States

Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28,

U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all

proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final

judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge

James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

manner as an appeal from any other judgment of a district court.

       You have the right to have your case assigned to a United States District Judge for trial and

disposition.  Accordingly, Holton shall inform the Court whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  The consent/declination form shall be filed as soon as possible, but no later than December 10, 2008.

**IT IS SO ORDERED.**

Dated: December 1, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California

2