IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASPEN GROVE OWNERS ASSOCIATIONS,
a Washington non-profit corporation,

    Plaintiff,

  v.

PARK PROMENADE APARTMENTS, LLC,
a California limited liability company,
WINDBRIDGE, LLC, a California limited
liability company, HOLTON KAILI SEATTLE,
LLC, A DISSOLVED Colorado limited liability
company, DOE DECLARANT AFFILIATES
1–20, DON ALTMAN, an individual, SCOTT A.
HOLTON, an individual, SHIMON KAILI, an
individual, and DOE PRINCIPALS 1–10,

    Defendants.
    /

No. C 08-03873 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **GRANTS** a continuance of the case management conference, currently set for January 15, 2009, to **FEBRUARY 5, 2009, AT 11:00 A.M.** All initial disclosures deadlines are extended accordingly. Please file a joint case management statement at least seven days prior.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: January 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE