JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, CA 91355
Telephone: (310) 207-4663
Facsimile:  (310) 207-2803
Email: jstein@lscslaw.com

DANIEL S. HOUSER (State Bar No. 205536)
LEVIN & STEIN
201 Queen Anne Ave. N., Suite 400
Seattle, WA 98109
Telephone: (206) 388-0660
Facsimile:  (206) 286-2660
Email: dhouser@condodefects.com

Attorneys for Plaintiff Aspen Grove Owners Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN GROVE OWNERS ASSOCIATION,  a Washington non-profit corporation,<br><br>                            Plaintiff,<br><br>        v.<br><br>PARK PROMENADE APARTMENTS, LLC, a California limited liability company; WINDBRIDGE, LLC, a California limited liability company; HOLTON KABILI SEATTLE, LLC, a dissolved Colorado limited liability company; ALTMAN SEATTLE, LLC, a dissolved Colorado limited liability company; DOE DECLARANT AFFILIATES 1-20; DON ALTMAN, an individual; SCOTT A. HOLTON, an individual; SHIMON KABILI, an individual; and DOE PRINCIPALS 1-10,<br><br>                            Defendants. | No:  CV 08-3873 WHA<br><br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SCOTT HOLTON WITH PREJUDICE<br><br>[Clerk's Action Required] |

1

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SCOTT HOLTON WITH
PREJUDICE

## **STIPULATION**

Plaintiff Aspen Grove Owners Association and Defendant Scott A. Holton hereby stipulate to the immediate dismissal of all claims against Mr. Holton with prejudice and without costs.


DATED this __ day of June, 2009

          LEVIN & STEIN


          _/s/ Daniel S. Houser_____
          Leonard Flanagan, WSBA No. 20966
          Justin Sudweeks, WSBA No. 28755
          Daniel S. Houser, WSBA No. 32327
          Attorneys for Plaintiff Aspen Grove Owners Association


DATED this __ day of June, 2009

          LATHROP & GAGE, LLP


          ___/s/  Thomas Leland_____
          Thomas Leland, Colorado State Bar No. 35631
          Attorneys for Scott Holton


## **ORDER**

Having considered the above stipulation the Court now orders, adjudges and decrees that all claims against Scott A. Holton are dismissed with prejudice and without any award of costs or attorneys' fees.

2

---

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SCOTT HOLTON WITH PREJUDICE

DONE IN OPEN COURT this ___17th___ day of ___June___, 2009

_____

William ~~~~
United ~~~~

IT IS SO ORDERED

Judge William Alsup

Presented by:

LEVIN & STEIN

___/s/ Daniel S. Houser_____
Leonard Flanagan, WSBA No. 20966
Justin Sudweeks, WSBA No. 28755
Daniel S. Houser, WSBA No. 32327
Attorneys for Plaintiff Aspen Grove Owners Association

Approved as to form, notice of presentation waived:
LATHROP & GAGE, LLP

____/s/  Thomas Leland_____
Thomas Leland, Colorado State Bar No. 35631
Attorneys for Scott Holton

3

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SCOTT HOLTON WITH
PREJUDICE